### KAANAANA *et al. vs.* J. L. RICHARDSON.

#### APPEAL FROM WATER COMMISSIONERS.

#### OCTOBER TERM, 1884.

#### JUDD, C. J.; McCULLY and AUSTIN, JJ.

Decree of Commissioners modified.

UPON hearing the testimony offered, and on examination of the record of the Water Commissioners, we are of the opinion that the decree of the said Commissioners should be modified, as claimed by the defendant, namely, to the effect that the plaintiffs are entitled to one-half the water of the Kolalua stream at night only, from the hours of 5 p. m. to 5 a. m.

*E. Preston*, for defendant.

Honolulu, November 3, 1884.